

RECEIVED
APR - 1 2008
Apr 1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JOHN WOODARD )
Claimant ) case no.
)
) **COMPLAINT FOR DAMAGES**
) **AND EQUITABLE RELIEF**
v. ) 1. Perjury
) 2. kidnapping
) 3. Extortion
) 4. intentional infliction of emotional distress.
; ) 5. Assault
)
COOK COUNTY SHERIFF )
Respondent )
)

08CV1848
JUDGE CASTILLO
MAG. JUDGE ASHMAN

## COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF

NOW COMES, Claimant John Woodard pursuant to rules (13) A,D & G of the Federal Rules Of Civil Procedure, moves that the court adhere to the law and hold the Plaintiffs accountable for the following list of crimes committed with assumed jurisdiction, and award the accompanying fines of 500,000 dollars per infraction in negotiable currency of the United States of America, for each felony perpetrated and 200,000 dollars for each misdemeanor pursuant to title 18 U.S.C. section 3571(c) (3),(c)(5).

Now States the Claimant,

On July 25th 2007, the plaintiff was summoned by the circuit court of Illinois to Appear in rm. 1401 of the Daley center for a court date. While in the courtroom waiting for his Case to be called, he was approached no less than four times and ordered to remove his hat, by two male and two female cook county sheriffs. The plaintiff stated that his personal Liberties protected the clothes that he wore and that no law commands an American National to remove any article of clothing. Then the commanding officer ordered the arrest Of the plaintiff for wearing his hat. 40 minutes later in the holding cell, the commanding officer Informed the rest of the sheriffs to charge me with trespassing, which is a false charge, perjury since the plaintiff was there by invitation of the court.

1. John Woodard is a United States National on file at the Cook County Recorder of Deeds, freeing him from local jurisdiction.

2. The Fifth Amendment of the United States Constitution states that, "No person shall be deprived of life, liberty or property, without due process of law." -Complaint, Witnesses, and Grand Jury Indictment.-

3. The Ninth Amendment of The United States Constitution states that, "The enumeration ..of certain rights shall not be construed to deny or disparage others retained by people." The Supreme Court has found that "unenumerated rights" include the "right to travel." This fact is supported by the following case law:

   (a) "The right of the citizen to travel upon public highways and to transport his/her property thereon, either by carriage or automobile, is not a mere privilege which a City/State may prohibit at will, but a common right which he/she has

under the right to Life, Liberty and the Pursuit of Happiness."
Thompson v. Smith 154 SE 579..

(c) "The claim and exercise of a Constitutional right cannot be converted into a crime" Miller v. U. S. 230 F 2nd 486,489.

(d) "Where rights are secured by the Constitution are involved, there can be no rule-making or legislation which would abrogate them." Miranda v. Arizona 384 US. 436,125.

4. For a crime to exist there must be an injured party. "There can be no sanction or penalty imposed on one because of this exercise of Constitutional rights." Sheer v. Cullen, 481 .945

5. A corporate entity whether it be a city or US Government, cannot testify as an injured party. As an individual one can speak for a corporation, but cannot be an injured party- as a living person of record. -In Propria Persona.-

7. Penhollow v. Doane's Administrators, states that, "All corporations are subject to men." This includes the Cook County and all its departments.

8. Respondent committed 1 count of Perjury pursuant to 18 U.S.C. 1962(a)(2).

9. Respondent committed 1 count of kidnapping pursuant to 18 U.S.C.

10. Respondent committed 1 count of intentional infliction of emotional distress, 18 U.S.C. 1951(b)(1). Plaintiff was held for over 50 days before the case was addressed.

11. Respondent committed 1 count of extortion pursuant to 18 U.S.C., when plaintiff was forced to pay for his freedom and personal property.

12. Respondent committed 1 count of Assault pursuant to 18 U.S.C. 1951 (b)(1).

Wherefore the claimant respectfully moves the court to uphold all federal fines for all crimes committed by the respondent, and award the claimant actual compensation with treble damages as well as compensation for the pain and suffering for the claimant.

John woodard
7817 Maryland Ave.
chicago, il. 60619
773-305-6774

(Rev. 12/4/00) CCG 0005 A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GAND-BURNSTEIN

v.                                    No. 03M1021738

JOHN WOODARD

### CITATION TO DISCOVER ASSETS

To: JOHN WOODARD, 7817 S. Maryland, Chicago, IL 60619

YOU ARE COMMANDED to appear before Judge PRESIDING or any judge sitting in his/her stead in Room 1401 at the location of 50 W. Washington, Chicago Illinois, on JUN 2 5 2007, at 9:30 A m. to be examined under oath to discover assets or income not exempt from enforcement of a judgment. A judgment in favor of GAND-BURNSTEIN and against JOHN WOODARD was entered on 10/13/2005, (or revived on ____) in the amount of $ 7,643.49 and $ 9,378.07 remains unsatisfied.

YOU ARE COMMANDED to produce at the examination:

and all books, papers or records in you possession or control which may contain information concerning the property or income of, or indebtedness due judgment debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR IN COURT AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.

### CERTIFICATE OF ATTORNEY (OR NON - ATTORNEY)

Note: This CITATION MUST BE ACCOMPANIED AT THE TIME OF SERVICE BY EITHER A COPY OF THE UNDERLYING MEMORANDUM OF JUDGMENT OR A CERTIFICATION BY EITHER THE CLERK THAT ENTERED THE JUDGMENT OR THE ATTORNEY FOR THE JUDGMENT CREDITOR SETTING FORTH THE FOLLOWING:

In the Circuit Court of Cook County (or other Jurisdiction ____) on 10/13/2005,
(specify)
A judgment in the amount of $ 7,643.49 was entered in favor of GAND-BURNSTEIN and against JOHN WOODARD in Case No. 03M1021738 and a balance of $ 9,378.07 remains unsatisfied.

I, the undersigned certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that all information stated herein is true.

Atty. No.: 43236
Name: Samuel Shelist/ SHELIST LAW FIRM LLC
Address: 415 N. LaSalle Suite 603
City/State/Zip: Chicago, IL 60610
Telephone: 312-644-3900

(Signature of Attorney)

WITNESS: DOROTHY BROWN JUN 1 9 2007

Clerk of the Circuit Court

(SEAL)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(Rev. 12/4/00) CCG 0005 B

_____on oath states:

I am over 18 years of age and not a party to this case. I served the Citation To Discover Assets as follows:

on _____ by leaving a copy with him/her personally on _____, _____,

at the hour of _____ m., at _____ Street, in _____, Illinois.

or

on _____ by leaving on _____, _____, at the hour of _____ m.,

at _____ Street, in _____, Illinois, his/her usual place of abode

with, _____ a person of his/her family of the age of 13 or upwards informing that person

of the contents of the Citation to Discover Assets, and also by sending on a true and correct copy on

_____, _____, by prepaid Registered Mail, addressed to him/her; Return Receipt Requested, delivery limited to addressee only. The registry receipt signed by addressee on

_____, _____, is attached.


(attach receipt here)



_____

**Signed and sworn to before me on this _____

day of _____, _____

_____
    Notary Public


**If service is made by sheriff, return may be made by certificate rather than by sworn affidavit.


**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**