#2

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**: John Woodard

**DEFENDANTS**: Cook County Sheriff

**(b) County of Residence of First Listed Plaintiff**: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**:
John Woodard
7817 Maryland Ave
Chicago, IL 60619
(773) 305-6774

**08CV1848**
**JUDGE CASTILLO**
**MAG. JUDGE ASHMAN**

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES

## IV. NATURE OF SUIT

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Title 18 USC 1962(a)(2)
Cook County Sheriff perjured themselves and made false charges + statutes for unconstitutional Actions

## VII. REQUESTED IN COMPLAINT

## VIII. This case ☒ is not a refiling of a previously dismissed action.

DATE: 4/1/12

SIGNATURE OF ATTORNEY OF RECORD

FILED
APR 1, 2008
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT