

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: JOHN WOODARD
(Please print)

STREET ADDRESS: 7817 S. Maryland Ave

CITY/STATE/ZIP: Chicago IL 60619

PHONE NUMBER: (773) 305-6774

CASE NUMBER: 08CV1848 — JUDGE CASTILLO — MAG. JUDGE ASHMAN

Signature: [signed]   Date: 4/1/08

FILED
APR - 1 2008
Apr-1, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT