# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1848 | **DATE** | 4/8/2008 |
| **CASE TITLE** | John Woodard vs. Cook County Sheriff | | |

**DOCKET ENTRY TEXT**

Plaintiff's pro se complaint is dismissed without prejudice. Plaintiff's motion for leave to proceed in forma pauperis [4] is denied. Plaintiff is given until 8/29/2008 to pay the $350 filing fee and file any proposed amended complaint.

■[ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

After careful review of this proposed pro se complaint, said complaint is dismissed for failure to set forth a valid federal claim against a proper defendant under the most liberal pleading standards.

Plaintiff seeks to bring perjury, kidnaping, extortion, intentional infliction of emotional distress and assault claims against the Cook County Sheriff for an incident which occurred on 7/25/2007 in which he was charged with state law crimes. There is no indication that this local criminal case was resolved in plaintiff's favor.

Given Plaintiff's pro se status said dismissal will be without prejudice to the filing of any proposed amended complaint on or before 8/29/2008.

The Court denies plaintiff's application to proceed in forma pauperis because he appears to have ownership interest in real property located at 7817 S. Maryland. If plaintiff decides to proceed with this lawsuit by filing a proposed amended complaint he must first pay the full filing fee. The plaintiff's failure to take any action by 8/29/2008 may result in a dismissal with prejudice for failure to prosecute.

| | Courtroom Deputy Initials: | RO |
|---|---|---|